CHRISTIAN J. MARTINEZ (CA State Bar No. 215360)　　** E-filed December 22, 2009 **
2500 Dean Lesher Drive, Suite A
Concord, CA 94520
Telephone: (925) 689-1200
Facsimile: (925) 689-1263
cmartinez@copypro.com

Attorney for Plaintiff,
WORDTECH SYSTEMS INC.

RICHARD ESTY PETERSON (State Bar No. 41013)
1905-D Palmetto Avenue
Pacifica, CA 94044
Telephone: (650) 557-5708
Facsimile: (650) 557-5716
sfreptile@mac.com

Attorney for Plaintiff,
QUINTAL RESEARCH GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS INC. and QUINTAL RESEARCH GROUP, INC.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>　　　Defendant. | Case No.　CV09-5591 HRL<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT, AND PROPOSED ORDER** |

　　　Pursuant to Civil L.R. 6-1(a), defendant Sony Computer Entertainment America Inc. ("SCEA") and plaintiffs Wordtech Systems Inc. and Quintal Research Group, Inc. hereby stipulate that SCEA may have to and including January 22, 2010, in which to answer or otherwise respond to the plaintiffs' complaint for patent infringement filed on November 24, 2009. There have been no previous time modifications in the case and the extension of time does not disturb any case management schedule.

Dated:  December 21, 2009.

By: /s/ Jennifer Liu
*Attorney for Defendant*
SONY COMPUTER ENTERTAINMENT AMERICA INC.

Dated:  December 21, 2009.

By: /s/
Christian J. Martinez
*Attorney for Plaintiff*
WORDTECH SYSTEMS INC.

Dated:  December 21, 2009.

By: /s/
Richard Esty Peterson
*Attorney for Plaintiff*
QUINTAL RESEARCH GROUP, INC.

**ORDER**

IT IS SO ORDERED:

Dated:  December 22, 2009.

HON. HOWARD R. LLOYD
MAGISTRATE JUDGE,
UNITED STATES DISTRICT COURT

2