UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV 09-05591 WHA<br><br>[PROPOSED]<br>**ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** |

After considering the parties' stipulation, the Court enters the following order regarding the schedule for claim construction:

1. The deadline to serve a disclosure of asserted claims and infringement contentions under Patent L.R. 3-1, with accompanying production of documents under Patent L.R. 3-2, shall be **March 24, 2010**.

2. The deadline to serve invalidity contentions under Patent L.R. 3-3, with accompanying production of documents under Patent L.R. 3-4, shall be **May 6, 2010**.

3. The deadline to exchange lists of proposed terms for construction under Patent L.R. 4-1 shall be **April 30, 2010**.

4. The deadline to exchange preliminary claim constructions and extrinsic evidence under Patent L.R. 4-2 shall be **May 7, 2010**.

5. The deadline to file a Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3 shall be **May 19, 2010**.

6. The deadline for Plaintiffs to file an opening claim construction brief and supporting evidence under Patent L.R. 4-5(a) shall be **June 2, 2010**.

7. The deadline for Defendant to file a responsive claim construction brief and supporting evidence under Patent L.R. 4-5(b) shall be **June 16, 2010**.

8. The deadline for Plaintiffs to file a reply claim construction brief and supporting evidence under Patent L.R. 4-5(c) shall be **June 23, 2010**.

IT IS SO ORDERED.

Dated: March 24, 2010.

APPROVED

Judge William Alsup

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA