IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORDTECH SYSTEMS, INC., *et al.*, | No. C 09-05591 WHA |
| Plaintiffs, | |
| v. | **ORDER REGARDING DISCOVERY DISPUTE** |
| SONY COMPUTER ENTERTAINMENT AMERICA, INC., | |
| Defendant. / | |

The undersigned has received letters from both sides regarding plaintiff's allegedly deficient disclosures under Patent Local Rule 3-1. In light of the amended disclosures recently served on defendant to address the alleged deficiencies, defendant shall inform the Court **BY NOON ON FRIDAY, MAY 7**, if a hearing on this issue is still requested.

As a separate matter, defendant is reminded that any request for attorney's fees and costs pursuant to FRCP 37 must be brought in a manner consistent with Civil Local Rules 37-2, 37-3, 7-2, and 7-8. In other words, such requests cannot be made within a discovery dispute letter.

**IT IS SO ORDERED.**

Dated: May 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE