1  CHRISTIAN J. MARTINEZ (CA State Bar No. 215360)
   2500 Dean Lesher Drive, Suite A
2  Concord, CA 94520
   Telephone: (925) 689-1200
3  Facsimile: (925) 689-1263
   cmartinez@copypro.com
4
   Attorney for Plaintiff,
5  WORDTECH SYSTEMS INC.

6  RICHARD ESTY PETERSON (State Bar No. 41013)
   1905-D Palmetto Avenue
7  Pacifica, CA 94044
   Telephone: (650) 557-5708
8  Facsimile: (650) 557-5716
   sfreptile@mac.com
9
   Attorney for Plaintiffs,
10 QUINTAL RESEARCH GROUP, INC.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15 WORDTECH SYSTEMS INC. and QUINTAL        Case No.: 3:09-CV-05591-WHA
   RESEARCH GROUP, INC.,
16                                          STIPULATION AND ~~PROPOSED~~ ORDER
                                            THEREON
17          Plaintiffs,

18 v.
                                            JUDGE: HON. WILLIAM H. ALSUP
19                                          ACTION FILED: NOVEMBER 24, 2009
   SONY COMPUTER ENTERTAINMENT              TRIAL DATE: MARCH 21, 2011
20 AMERICA, INC.,

21          Defendant.

22 AND RELATED COUNTERCLAIMS

23         WHEREAS the case has settled at the settlement conference of May 25, 2010 before the

24 Honorable Magistrate Judge Zimmerman, which was put on the record in chambers;

25         WHEREAS Magistrate Judge Zimmerman ordered the parties to submit an executed settlement

26 agreement within 20 days of the settlement conference.

27         WHEREAS the settlement agreement is being drafted by the parties and is expected to be fully

28 executed and thereby disposing of all claims and counter-claims in this case;

**WORDTECH SYSTEMS, INC.**

IT IS HEREBY STIPULATED THAT:

1) The deadline to file Plaintiffs' Opening Claim Construction Brief (PLR 4-5(a)) shall be extended from June 2, 2010 to June 16, 2010;

2) The deadline to file Defendant's its Responsive Claim Construction Brief (PLR 4-5(b)) shall be extended from June 16, 2010 to June ~~30~~ 28, 2010;

3) The deadline to file Plaintiffs; its Reply Claim (PLR 4-5(c)) shall be extended from June 23, 2010 to ~~June 30~~ July 2, 2010;

By:  /s/Colby B. Springer (As authorized on May 28, 2010)
Colby B. Springer
Attorney for Defendant, Sony Computer Entertainment America, Inc.

By:  /s/ Christian J. Martinez
Christian J. Martinez
Attorney for Plaintiff,
Wordtech Systems, Inc.

By:  /s/ Richard E. Peterson_ (As authorized on May 28, 2010
Richard E. Peterson
Attorney for Plaintiff,
Quintal Research Group, Inc.

Pursuant to stipulation, and subject to the modifications noted above, IT IS SO ORDERED.

Dated: May 28, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

APPROVED
Judge William Alsup

STIPULATION AND ORDER THEREON