IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORDTECH SYSTEMS, INC. and<br>QUINTAL RESEARCH GROUP, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SONY COMPUTER ENTERTAINMENT<br>AMERICA, INC.,<br><br>    Defendant.<br>                                         /<br>AND RELATED COUNTERCLAIMS.<br>                                         / | No. C 09-05591 WHA<br><br>**ORDER ON REQUEST FOR<br>FURTHER EXTENSIONS TO<br>CLAIM CONSTRUCTION<br>BRIEFING SCHEDULE** |

      The undersigned is aware that the parties agreed to settle this dispute at the May 25 settlement conference held before Magistrate Judge Bernard Zimmerman and that a written settlement agreement is being finalized.

      In light of these events, the parties' second stipulated request to extend the claim construction briefing schedule will be granted in part, subject to a few modifications and caveats. Plaintiffs' opening claim construction brief will now be due on **MONDAY, JUNE 21**. Defendant's responsive brief will be due on **WEDNESDAY, JUNE 30**. The reply brief will be due on **FRIDAY, JULY 2**. No further extensions to the briefing schedule will be allowed due to the rapidly approaching claim construction hearing date of **WEDNESDAY, JULY 7**. The parties are on notice

that the hearing date will not be moved. Additionally, the parties should be prepared to proceed with the claim construction technology tutorial currently scheduled for **WEDNESDAY, JUNE 23**, in the event that the settlement falls through.

Finally, the deadline for the parties to file an executed settlement agreement shall be extended to **FRIDAY, JUNE 18, 2010**.

**IT IS SO ORDERED.**

Dated: June 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2