IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORDTECH SYSTEMS, INC. and QUINTAL RESEARCH GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SONY COMPUTER ENTERTAINMENT AMERICA, INC., <br><br> Defendant. / <br><br> AND RELATED COUNTERCLAIMS. / | No. C 09-05591 WHA <br><br> **ORDER TO SHOW CAUSE REGARDING CLAIM CONSTRUCTION AND PENDING SETTLEMENT** |

The undersigned received the parties' letter informing the Court that they reached an agreement on all terms in their settlement agreement, that the agreement would be executed no later than Monday, June 28, 2010, and that a stipulated dismissal would follow shortly thereafter. The Court, however, did not excuse the parties from adhering to the claim construction briefing schedule. Until the stipulated dismissal is filed, this case remains on calendar and all court-ordered deadlines remain in force. As such, since no responsive claim construction brief was filed on June 30, the parties are **ORDERED TO SHOW CAUSE** by **NOON ON WEDNESDAY, JULY 7**, why this case should not be dismissed for failure to prosecute or, alternatively, why plaintiffs' proposed constructions should not be adopted in full.

**IT IS SO ORDERED.**

Dated: July 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE