1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  JEFFREY M. CAPACCIO (SBN 129171)
   jcapaccio@carrferrell.com
3  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
4  **CARR & FERRELL** *LLP*
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile:  (650) 812-3444

7  Attorneys for Defendant and Counterclaimant
   SONY COMPUTER ENTERTAINMENT
8  AMERICA LLC

   CHRISTIAN J. MARTINEZ (SBN 215360)
   cmartinez@copypro.com
   2500 Dean Lesher Drive, Suite A
   Concord, CA 94520
   Telephone:  (925) 689-1200
   Facsimile:   (925) 689-1263

   Attorney for Plaintiff and Counterdefendant,
   WORDTECH SYSTEMS INC.

   RICHARD ESTY PETERSON (SBN 41013)
   sfreptile@mac.com
   1905-D Palmetto Avenue
   Pacifica, CA 94044
   Telephone:  (650) 557-5708
   Facsimile:   (650) 557-5716

   Attorney for Plaintiff and Counterdefendant,
   QUINTAL RESEARCH GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV 09-05591 WHA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH MODIFICATIONS** |

　　　Plaintiffs and Counterdefendants, WORDTECH SYSTEMS INC. and QUINTAL RESEARCH GROUP, INC., and Defendant and Counterclaimant, SONY COMPUTER ENTERTAINMENT AMERICA, LLC, hereby stipulate to a dismissal of the entire above-captioned action with prejudice pursuant to the provisions of FED. R. CIV. P. 41(a)(2). ~~This Court shall have continuing jurisdiction over this action following entry of this Stipulation and~~

1  ~~Order to enforce the terms of a written Settlement Agreement entered into by the parties.~~  The
2  parties further agree to bear their own attorneys' fees and costs of suit incurred herein.

4      IT IS SO STIPULATED.

**CARR & FERRELL *LLP***

6  July 6, 2010        By:   /s/ Colby B. Springer
7                            ROBERT J. YORIO
                          JEFFREY M. CAPACCIO
8                            COLBY B. SPRINGER

Attorneys for Defendant and Counterclaimant
SONY COMPUTER ENTERTAINMENT
AMERICA LLC

12  July 6, 2010        By:   /s/ Richard Esty Peterson
                          RICHARD ESTY PETERSON

Attorney for Plaintiff and Counterdefendant
QUINTAL RESEARCH GROUP, INC.

16  July 6, 2010        By:   /s/ Christian Martinez
                          CHRISTIAN MARTINEZ

Attorney for Plaintiff and Counterdefendant
WORDTECH SYSTEMS, INC.

<u>General Order 45 Attestation of Signatures</u>

I, Colby B. Springer, attest that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their respective signatures.

                                       /s/
                               Colby B. Springer

1
2

# O R D E R

3  Pursuant to Stipulation, IT IS SO ORDERED.* **THE CLERK SHALL CLOSE THE FILE.**

4
5  Dated: July 7, 2010.

    _____
    HON. WILLIAM H. ALSUP
    UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF
    CALIFORNIA

*APPROVED*
*Judge William Alsup*

27  * The undersigned will not retain continuing jurisidiction to enforce terms of a settlement agreement that have not been disclosed. Otherwise, the stipulation is approved.
28